**No. 54207.**—Karim T. Gannadi and Leon Meyer, Inc. *v.* United States, protests 148604–K (B) and 152742–K (B) (New York).

Opinion by Mollison, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54208.**—Asiatic Trading Co. et al. *v.* United States, protests 152456–K (B), etc. (New York).

Opinion by Mollison, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

Before the Second Division, April 6, 1950

**No. 54209.**—Neumeyer & Dimond *v.* United States, protests 532565–G and 538154–G (Portland, Oreg.).

Opinion by Lawrence, J.   The protests were dismissed.

**No. 54210.**—C. J. Hendry Co. et al. *v.* United States, protests 136945–K, etc. (San Francisco).

Opinion by Lawrence, J.   The protests were dismissed.

**No. 54211.**—Quon Quon Company *v.* United States, protest 138982–K (Los Angeles).

Opinion by Lawrence, J.   The protest was dismissed.

**No. 54212.**—Koeller Struss Company *v.* United States, protest 146542–K (St. Louis).

Opinion by Lawrence, J.   The protest was dismissed.